# NO. 12-16-00160-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LUCY MARK,*<br>*APPELLANT* | § | *APPEAL FROM THE 217TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *BROOKSHIRE BROTHERS, LTD.*<br>*AND BROOKSHIRE BROS.*<br>*MANAGEMENT, INC.,* | | |
| *APPELLEES* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of jurisdiction. The trial court's judgment was signed on January 20, 2016. Under the rules of appellate procedure, the notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. However, Appellant timely filed a motion to reinstate or, alternatively, a motion for new trial. *See* TEX. R. CIV. P. 296. This extended Appellant's time for filing the notice of appeal to April 18, 2016. *See* TEX. R. APP. P. 26.1(a)(1) (providing that notice of appeal must be filed within ninety days after judgment signed if any party timely files a motion for new trial). However, Appellant filed her notice of appeal on May 27, 2016. Therefore, Appellant's notice of appeal was untimely and this Court does not have jurisdiction of the appeal.

On June 1, 2016, the clerk of this Court notified Appellant that the information received in this appeal does not include a timely notice of appeal or a timely motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3 (motion to extend time for filing notice of appeal to be filed within fifteen days after deadline for filing notice of appeal). Appellant was informed that the appeal would be dismissed unless, on or before June 13, 2016, the information in the appeal was amended to show the jurisdiction of this Court. On June 13, Appellant filed a

motion for extension of time to file the notice of appeal. But because Appellant's notice of appeal was due on or before April 18, 2016, her motion for extension of time was due on or before May 3, 2016. *See id*. Appellant filed the motion on June 13, 2016. Therefore, it was untimely and must be overruled. *See id*.

A timely notice of appeal must be filed in order to invoke this court's jurisdiction. *See* TEX. R. APP. P. 25.1(b). "Once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). We *overrule* the motion for extension of time and *dismiss* the appeal *for want of jurisdiction*.

Opinion delivered June 15, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 15, 2016**

**NO. 12-16-00160-CV**

**LUCY MARK,**
Appellant
V.
**BROOKSHIRE BROTHERS, LTD. AND
BROOKSHIRE BROS. MANAGEMENT, INC.,**
Appellees

---

Appeal from the 217th District Court

of Angelina County, Texas (Tr.Ct.No. CV-42338-09-05)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*